IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RYAN GREGORY,**

    Plaintiff,

v.                                        Civil Action No. **3:19CV685**

**SEAN BROWN,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on October 17, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $6.63 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). That Memorandum Order was returned to the Court by the United States Postal Service and Plaintiff provided an updated address. Accordingly, by Memorandum Order entered November 15, 2019, the Court directed the Clerk to remail the October 17, 2019 Memorandum Order to Plaintiff's updated address and directed Plaintiff to comply with the terms of the October 17, 2019 Memorandum Order within fifteen (15) days of the date of entry thereof.

More than fifteen (15) days have elapsed since the entry of the November 15, 2019 Memorandum Order and Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                              /s/
                                              M. Hannah Lauck
                                              United States District Judge

Date: **JAN 14 2020**
Richmond, Virginia